# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

February 23, 2005

Hon. JOEL M. FLAUM, Chief Judge

Hon. WILLIAM J. BAUER, Circuit Judge

Hon. ANN CLAIRE WILLIAMS, Circuit Judge

| | |
|---|---|
| JAMES D. SOLON, | ] |
| | ] Appeal from the United |
| Plaintiff-Appellant, | ] States District Court for |
| | ] the Northern District of |
| | ] Illinois, Eastern Division. |
| No. 04-2113        v. | ] |
| | ] No. 00 C 2888 |
| LARRY S. KAPLAN, individually and as partner | ] |
| in the firm of KAPLAN, BEGY & VON OHLEN; | ] |
| ROBERT C. VON OHLEN, individually and as | ] Samuel Der-Yeghiayan |
| partner in the firm of KAPLAN, BEGY & | ] Judge. |
| VON OHLEN; FRED C. BEGY, III, individually | ] |
| and as partner in the firm of KAPLAN, BEGY & | ] |
| VON OHLEN; et al., | ] |
| | ] |
| Defendants-Appellees. | ] |

## O R D E R

The opinion issued in the above-entitled case on February 15, 2005, is hereby amended as follows:

The caption should be modified to reflect in each instance the firm of KAPLAN, BEGY & "VON" OHLEN instead of "VOH" OHLEN

On Page 2, in the second line please change "Kaplan" to "Solon"